■ KLEIN v SHIELDS.—Motion for reargument, leave to appeal to the Court of Appeals, and for a stay, denied; and wherein it seeks resettlement, motion granted, as indicated. *Sua sponte,* movant's time in which to seek leave to appeal to the Court of Appeals extended, as further indicated. Concur—Kupferman, J. P., Sandler, Sullivan, Asch and Kassal, JJ.

■ In the Matter of ARTHUR PERRY, Admitted as ARTHUR J. PERRY.—Motion granted, and respondent's name restored to the roll of attorneys and counselors-at-law and he is reinstated as a member of the Bar and admitted to practice in all courts of this State effective April 10, 1986. Concur—Kupferman, J. P., Sullivan, Fein, Milonas and Kassal, JJ.